891 A.2d 725

**In the Matter of Heather L. HARBAUGH.**

**No. 1099 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 7, 2006.

## ORDER

PER CURIAM.

AND NOW, this 7th day of February, 2006, the Joint Petition to Temporarily Suspend an Attorney is granted, and

136

it is hereby ORDERED that Heather L. Harbaugh is placed on temporary suspension pursuant to Rule 208(f), Pa.R.D.E., until further definitive action by this Court. It is further ORDERED that respondent shall comply with all the provisions of Rule 217, Pa.R.D.E.

Former Justice Nigro did not participate in this matter.